| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) GUIN, J. FOY, JR. | 2. Court or Organization U.S.DISTRICT COURT, N.D. ALA. | 3. Date of Report 05/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☐ Annual  ☑ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 03/03/2014 |

**7. Chambers or Office Address**

1729 FIFTH AVENUE NORTH
SUITE 918
BIRMINGHAM, ALABAMA 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/3 interest in lot located in Haleyville, Ala. | A | Rent | J | W | | | | | |
| 2. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 3. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 4. ExxonMobil Corp com | E | Dividend | P1 | T | | | | | |
| 5. AT&T | C | Dividend | L | T | | | | | |
| 6. FMI Funds | A | Dividend | J | T | | | | | |
| 7. IRA ACCT. A | A | Div & int | K | T | | | | | |
| 8. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 9. -Procter & Gamble Co com | | | | | | | | | |
| 10. -Waste Management, Inc com | | | | | Sold | 03/21/13 | J | A | |
| 11. -Diebold, Inc | | | | | | | | | |
| 12. -Deere & Co | | | | | Buy | 07/26/13 | J | | |
| 13. IRA ACCT. B | C | Div & Int | M | T | | | | | |
| 14. -Applied Materials, Inc | | | | | Sold | 02/07/14 | J | A | |
| 15. -Pershing Govt Fund (Money market fund) | | | | | | | | | |
| 16. -Ares Cap Corp | | | | | | | | | |
| 17. -Intel Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Dow Chem Co | | | | | Sold | 01/24/14 | J | A | |
| 19. -McDonalds Corp | | | | | | | | | |
| 20. -Thompson Reuters Corp com | | | | | Sold | 07/29/13 | J | A | |
| 21. -Walgreen Co | | | | | Sold | 02/13/13 | J | A | |
| 22. -Hasbro, Inc | | | | | Sold | 04/16/13 | J | A | |
| 23. -Family Dollar Stores | | | | | Sold | 08/06/13 | J | A | |
| 24. -Emerson Electric Co | | | | | Sold | 11/08/13 | J | A | |
| 25. -Halliburton Co | | | | | Sold | 05/22/13 | J | A | |
| 26. -General Electric Co | | | | | Sold | 01/13/14 | J | A | |
| 27. -Darden Restaurants, Inc | | | | | | | | | |
| 28. -ABM Industries, Inc | | | | | Sold | 05/31/13 | J | A | |
| 29. -Stanley Black & Decker, Inc | | | | | | | | | |
| 30. -Stanley Black & Decker, Inc | | | | | Buy (add'l) | 03/20/13 | J | | |
| 31. -Mens Warehouse, Inc | | | | | Buy | 02/19/13 | J | | |
| 32. -Mens Warehouse, Inc | | | | | Sold | 09/04/13 | J | A | |
| 33. -The Scotts Miracle Grow Hldg Co | | | | | Buy | 03/20/13 | J | | |
| 34. -The Scotts Miracle Grow Hldg Co | | | | | Sold | 08/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Stifel Financial Corp | | | | | Buy | 05/15/13 | J | | |
| 36. -Stifel Financial Corp | | | | | Sold | 09/16/13 | J | A | |
| 37. -The Scotts Miracle Grow Hldg Co | | | | | Buy | 03/20/13 | J | | |
| 38. -The Scotts Miracle Grow Hldg Co | | | | | Sold | 08/20/13 | J | A | |
| 39. -National Oilwell Varco, Inc | | | | | Buy | 05/23/13 | J | | |
| 40. -National Oilwell Varco, Inc | | | | | Sold | 11/22/13 | J | A | |
| 41. -Trinity Inds, Inc | | | | | Buy | 06/24/13 | J | | |
| 42. -KRB, Inc | | | | | Buy | 07/31/13 | J | | |
| 43. -Kinder Morgan, Inc | | | | | Buy | 08/16/13 | J | | |
| 44. -Dr Pepper Snapple Group, Inc | | | | | Buy | 09/12/13 | J | | |
| 45. -Corning, Inc | | | | | Buy | 09/17/13 | J | | |
| 46. -Corning, Inc | | | | | Sold | 12/17/13 | J | A | |
| 47. -CVS Caremark Corp | | | | | Buy | 09/26/13 | J | | |
| 48. -Baxter Intl, Inc | | | | | Buy | 10/28/13 | J | | |
| 49. -Ford Motor Co | | | | | Buy | 12/12/13 | J | | |
| 50. -Leggett & Platt, Inc | | | | | Buy | 12/26/13 | J | | |
| 51. -Transocean Ltd Reg Shs | | | | | Buy | 01/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA ACCT. C | A | Div & Int | K | T | | | | | |
| 53. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 54. -Intel, Corp | | | | | | | | | |
| 55. -Walgreen Co | | | | | Sold | 02/13/13 | J | A | |
| 56. -Emerson Electric Co | | | | | Sold | 11/08/13 | J | A | |
| 57. -Family Dollar Stores | | | | | Buy | 02/15/13 | J | | |
| 58. -Family Dollar Stores | | | | | Sold | 08/06/13 | J | A | |
| 59. -Darden Restaurants, Inc | | | | | Buy | 08/07/13 | J | | |
| 60. -Dr Pepper Snapple Group, Inc | | | | | Buy | 10/18/13 | J | | |
| 61. -Dr Pepper Snapple Group, Inc | | | | | Sold (part) | 12/06/13 | J | A | |
| 62. -Baxter Intl, Inc | | | | | Buy | 11/12/13 | J | | |
| 63. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 64. -Barrick Gold com | A | Dividend | | | Sold | 11/06/13 | J | A | |
| 65. -Abbott Laboratories com. | A | Dividend | J | T | | | | | |
| 66. -Hewlett-Packard, Inc com | A | Dividend | J | T | | | | | |
| 67. -Pepsico Inc com | A | Dividend | K | T | | | | | |
| 68. -Regions Financial Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Federated Govt Reserves | A | Dividend | L | T | | | | | |
| 70. -Home Depot Inc com | A | Dividend | K | T | | | | | |
| 71. -General Electric Co com | A | Dividend | K | T | | | | | |
| 72. -Automatic Data Processing, Inc com | A | Dividend | K | T | | | | | |
| 73. -Johnson & Johnson com | A | Dividend | K | T | | | | | |
| 74. -Chevron Corp com | A | Dividend | K | T | | | | | |
| 75. -3M Company com | A | Dividend | K | T | | | | | |
| 76. -Colgate-Palmolive Co com | A | Dividend | K | T | | | | | |
| 77. -Walgreen Co com | A | Dividend | K | T | | | | | |
| 78. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 79. -Intel Corp | A | Dividend | K | T | | | | | |
| 80. -Royal Dutch Shell PLC | A | Dividend | K | T | | | | | |
| 81. -V F Corp | A | Dividend | K | T | | | | | |
| 82. -Emerson Electric Co | A | Dividend | K | T | | | | | |
| 83. -Emerson Electric Co | | | | | Buy (add'l) | 04/19/13 | J | | |
| 84. -Air Products & Chems, Inc | A | Dividend | K | T | | | | | |
| 85. -McDonalds Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Waste Management, Inc | A | Dividend | | | Sold | 04/03/13 | J | A | |
| 87. -Becton Dickinson & Co | A | Dividend | K | T | | | | | |
| 88. -Nucor Corp | A | Dividend | K | T | | | | | |
| 89. -Family Dollar Stores com | | | | | Sold | 02/11/14 | J | B | |
| 90. -Family Dollar Stores com | | | | | Buy (add'l) | 01/18/13 | J | | |
| 91. -Family Dollar Stores com | | | | | Sold | 02/11/14 | J | A | |
| 92. -Norfolk Southern Corp com | A | Dividend | K | T | | | | | |
| 93. -Illinois Tool Works, Inc com | A | Dividend | K | T | | | | | |
| 94. -Kohls Corp com | A | Dividend | J | T | | | | | |
| 95. -Sigma Aldrich Corp | A | Dividend | K | T | | | | | |
| 96. -Genuine Parts Co com | A | Dividend | K | T | | | | | |
| 97. -Sasol Ltd Sponsored ADR | A | Dividend | K | T | | | | | |
| 98. -IBM | A | Dividend | K | T | Buy | 02/04/13 | J | | |
| 99. -C H Robinson Worldwide, Inc | A | Dividend | K | T | Buy | 10/18/13 | K | | |
| 100. -Goldcorp, Inc | A | Dividend | J | T | Buy | 11/01/13 | J | | |
| 101. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 102. -Federal Government Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Disney Walt Co Holding Co | A | Dividend | J | T | | | | | |
| 104. -Intel Corp | A | Dividend | J | T | | | | | |
| 105. -Emerson Elec Co | A | Dividend | J | T | | | | | |
| 106. Scudder Var. Life Invest. Fund (Charter Nat'l - money market | E | Int./Div. | M | T | | | | | |
| 107. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 108. -AT&T, Inc | A | Dividend | J | T | | | | | |
| 109. -Caterpillar, Inc | A | Dividend | J | T | | | | | |
| 110. -Chevron Corp | A | Dividend | J | T | | | | | |
| 111. -Coca Cola Company | A | Dividend | J | T | | | | | |
| 112. -Dominion Res, Inc | A | Dividend | J | T | | | | | |
| 113. -Du Pont E I De Nemours & Co | A | Dividend | J | T | | | | | |
| 114. -Emerson Electric Co | A | Dividend | J | T | | | | | |
| 115. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 116. -Genuine Parts Co | A | Dividend | J | T | | | | | |
| 117. -Heinz H J Co | A | Dividend | | | Sold | 02/28/13 | J | A | |
| 118. -Lowes Cos, Inc | A | Dividend | K | T | | | | | |
| 119. -Occidental Petroleum Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Occidental Petroleum Corp | | | | | Buy (add'l) | 01/24/13 | J | | |
| 121.  -Progressive Energy, Inc | A | Dividend | | | Merged (with line 122) | | | | See part VIII |
| 122.  -Duke Energy Corp | A | Dividend | J | T | | | | | |
| 123.  -Qualcomm, Inc | A | Dividend | J | T | | | | | |
| 124.  -Qualcomm, Inc | | | | | Buy (add'l) | 04/30/13 | J | | |
| 125.  -Regions Finl Corp | A | Dividend | J | T | | | | | |
| 126.  -Southern Co | A | Dividend | J | T | | | | | |
| 127.  -Federated Govt Reserves (Money Market Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| GUIN, J. FOY, JR. | 05/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 121: Progressive Energy, Inc. was merged into Duke Energy Corp on July 3, 2012. This was overlooked on the 2012 financial disclosure report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. FOY, JR. GUIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544